**Marlene HOWARD–MOORE, Plaintiff–Appellant,**

v.

**John M. McHUGH, Secretary of the Army, Defendant–Appellee.**

**No. 12–1644.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 20, 2012.

Marlene Howard–Moore, Appellant Pro Se. Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlene Howard–Moore appeals the district court's order dismissing her employment discrimination action for improper venue. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard–Moore v. McHugh,* No. 8:11–cv–02838–JFM, 2012 WL 1657142 (D.Md. May 9, 2012). We dispense with oral argument because the facts and legal

466

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

The district court's orders were entered on the docket on March 18 and April 5, 2011. The notice of appeal was filed on May 18, 2012. Because Le failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.